## MYRTLE SMITH v. STATE.

No. A-763.    Opinion Filed January 25, 1913.

(129 Pac. 445.)

PARTIES—Death—Abatement of Cause. Where it is made to appear to the court that an appellant has died pending an appeal, the cause will be abated.

(Syllabus by the Court.)

*Appeal from Superior Court, Pittsburg County;*
*P. D. Brewer, Judge.*

Myrtle Smith was convicted of manslaughter, and appeals. Cause abated.

*J. H. Wilkins,* for appellant.

*Smith C. Matson,* Asst. Atty. Gen., for the State.

FURMAN, J. Appellant was convicted in the superior court of Pittsburg county for the crime of manslaughter, and prosecuted an appeal. Pending a consideration of the appeal, application was made to this court to release appellant upon her own recognizance, on account of the physical condition of appel-

lant, which application was granted. See *Myrtle Smith v. State,* 6 Okla. Cr. 364, 118 Pac. 676. It has been made to appear to this court that shortly after her release from prison appellant died.

It is therefore ordered that the prosecution in this case be abated, and the cause stricken from the docket.

ARMSTRONG, P. J., and DOYLE, J., concur.